PROB. 12B
(7/93)

ORIGINAL

# United States District Court

## for the

### DISTRICT OF HAWAII

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:  DERICK VINCENT                    Case No:  CR 04-00323HG-01

Name of Sentencing Judicial Officer:   The Honorable Helen Gillmor
                                        Chief U.S. District Judge

Date of Original Sentence:  3/24/2005

Original Offense:   Conspiracy to Possess With Intent to Distribute and Distribute
                    5 Grams or More of Methamphetamine, in violation of 21 U.S.C.
                    §§ 841(a)(1) and 846, a Class B felony

Original Sentence:  Thirty-six (36) months imprisonment to be followed by a five (5)
                    year term of supervised release with the following special
                    conditions:  1) That the defendant participate in a substance abuse
                    program, which may include drug testing at the discretion and
                    direction of the Probation Office; 2) That the defendant provide the
                    Probation Office access to any requested financial information; and
                    3) That the defendant shall submit his person, residence, place of
                    employment, or vehicle to a search conducted by the U.S.
                    Probation Office at a reasonable time and in a reasonable manner,
                    based upon reasonable suspicion of contraband or evidence of a
                    violation of a condition of supervision.  Failure to submit to a search
                    may be grounds for revocation.  The defendant shall warn any
                    other resident that the premises may be subject to search pursuant
                    to this condition.

Type of Supervision:  Supervised Release    Date Supervision Commenced:  5/26/2006

### PETITIONING THE COURT

[✓]   To modify the conditions of supervision as follows:

   *General Condition:*  *That the defendant shall refrain from any unlawful use of a
                         controlled substance.  The defendant shall submit to one
                         drug test within 15 days of the commencement of
                         supervision and at least two drug tests thereafter but no*

Prob 12B
(7/93)

2

*more than eight valid drug tests per month during the term of supervision (mandatory condition).*

## CAUSE

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. General Condition | On 3/28/2008, the subject submitted a urine specimen which was positive for cocaine. |

     As background information, the subject's term of supervision commenced on 5/26/2006. Immediately thereafter, the subject entered into the Drug Aftercare Program (DAP) at Hina Mauka. In May 2007, the subject successfully completed DAP. Additionally, the subject has maintained employment working as an ironworker for Paradise Erectors.

     However, On 3/28/2008, the subject provided this officer with a urine specimen which tested positive for cocaine. Upon being questioned, the subject admitted that during the night of 3/27/2008, he used cocaine. The subject explained that he was at a club with his girlfriend and some friends. After his girlfriend departed, he ran into an old acquaintance who offered him cocaine. The subject reported that he could not resist the temptation and used cocaine. He acknowledged that it was a mistake but noted that he has not used any illegal substances since that night. The subject further indicated that he wanted to return to substance abuse counseling at Hina Mauka.

     On 4/7/2008, the subject's former counselor at Hina Mauka was contacted. The counselor recommended that the subject return to weekly individual counseling sessions and phase urine testing at Hina Mauka.

     Given the subject's desire to address his drug addiction, it is respectfully recommended that the Court take no adverse action on the violation at this time. The subject will return to drug treatment and testing at Hina Mauka.

     In light of <u>U.S. vs. Stephens,</u> it is recommended that the Court amend the mandatory Violent Crimes Control Act drug testing condition as noted above. The subject has a substantial history of drug abuse that includes using cocaine, marijuana and methamphetamine. The modification of this mandatory condition will provide the Probation Office with the necessary tools to monitor the subject and to protect the community.

Prob 12B
(7/93)

3

Attached is a signed Waiver of Hearing to Modify Conditions of Supervised Release. The subject waives his right to a hearing and to assistance of counsel. The subject agrees to the modification of the conditions of supervised release. The subject's attorney and the U.S. Attorney's Office have been notified of the proposed modification and have no objections to the modification.

Respectfully submitted by,

MARK T. NUGENT
U.S. Probation Officer

Approved by:

TIMOTHY M. JENKINS
Supervising U.S. Probation Officer

Date: 4/8/2008

---

THE COURT ORDERS:

[ ✓ ]   The Modification of Conditions as Noted Above
[   ]   Other

HELEN GILLMOR
Chief U.S. District Judge

4·9·08
Date

PROB 49
(5/96)

# United States District Court

### District of Hawaii

### Waiver of Hearing to Modify Conditions of Probation/Supervised Release and/or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release and/or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release and/or to the proposed extension of my term of supervision:

[ ]   To extend the term of supervision for  years, for a total term of  years.
[X]   To modify the conditions of supervision as follows:

*General Condition:  That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of the commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision (mandatory condition).*

Witness: _____          Signed: _____
　　　　　MARK T. NUGENT                                           DERICK VINCENT
　　　　　U.S. Probation Officer                                     Supervised Releasee

4-7-08
Date